UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENEVIEVE D. FABELA,<br><br>                              Plaintiff,<br><br>             -against-<br><br>NEW YORK POWER AUTHORITY; RANI POLLACK; LEE GARZA; RAKHEEDA SCARLETT,<br><br>                              Defendants. | 20-CV-10358 (PMH)<br><br>ORDER OF SERVICE |

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants New York Power Authority, Rani Pollack, Lee Garza, and Rakheeda Scarlett. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   January 13, 2021
         White Plains, New York

                                                          _____
                                                          PHILIP M. HALPERN
                                                          United States District Judge