UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GENEVIEVE FABELA,

                Plaintiff,

v.

NEW YORK POWER AUTHORITY, RANI
POLLACK, LEE GARZA, and RAKHEEDA
SCARLETT,

                Defendants.
-----------------------------------------------------------X

ORDER

20-cv-10358-PMH

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED. The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff. Counsel for Defendants is directed to advise Plaintiff that the telephone conference scheduled for April 28, 2021 at 10:30 a.m. is CANCELED.

Dated: White Plains, New York
       April 27, 2021

                                                            Philip M. Halpern
                                                            United States District Judge